UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING HELD ON JULY 31, 2014**

CASE NO.: 14-59020-JRS

DEBTOR: RACHEL SHANNON CARTWRIGHT

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER CASE HAS CONVERTED TO CHAPTER 7.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

THE TRUSTEE HAS RECEIVED NO NOTICE OF CONVERSION.

**PLEASE ENTER THE ATTACHED ORDER OF DISMISSAL.**

August 18th, 2014

_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No. 142575

```
Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444
```

14-59020-JRS

# CERTIFICATE OF SERVICE

      This is to certify that I have this day served

DEBTOR:

      RACHEL SHANNON CARTWRIGHT
      630 BECKENHAM WALK DRIVE
      DACULA, GA 30019

ATTORNEY FOR DEBTOR:

      SAEDI LAW GROUP, LLC
      3006 CLAIRMONT ROAD
      SUITE 103
      ATLANTA, GA 30329

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 18th day of August 2014.


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No. 142575




```
Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444
```