UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:  
    RACHEL SHANNON CARTWRIGHT

Debtor(s)

Case No. 14-59020-JRS

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Adam M. Goodman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/05/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/20/2014.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,460.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| APALACHEE WOODS HOA INC | Secured | 3,000.00 | 6,604.00 | 6,604.00 | 0.00 | 0.00 |
| Bank of America | Secured | 45,000.00 | NA | NA | 0.00 | 0.00 |
| CARDIOVASCULAR GROUP | Unsecured | 1,913.00 | NA | NA | 0.00 | 0.00 |
| EASTSIDE MEDICAL | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| EASTSIDE MEDICAL | Unsecured | 372.96 | NA | NA | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION | Unsecured | 0.00 | 736.04 | 736.04 | 0.00 | 0.00 |
| EMORY EASTSIDE MEDICAL CENTER | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENUE | Unsecured | 0.00 | 744.09 | 744.09 | 0.00 | 0.00 |
| GMAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GWINNETT INTERNAL MEDICINE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GWINNETT MEDICAL CENTER | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 4,918.37 | 4,918.37 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 50,536.70 | 50,536.70 | 0.00 | 0.00 |
| LAZEGA & JOHANSON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LUEDER, LARKIN & HUNTER, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL REVENUE SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC. SSC. | Unsecured | 0.00 | 564.15 | 564.15 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 297.32 | 297.32 | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN HEMATOLOGY-ONCOLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| US AUTO SALES | Secured | 17,000.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $6,604.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,604.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,918.37 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,918.37** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$52,878.30** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/09/2014                               By: /s/ Adam M. Goodman
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-59020-JRS |
| RACHEL SHANNON CARTWRIGHT | ) | |
| | ) | |
| | ) | |
| DEBTOR | ) | |

### CERTIFICATE OF SERVICE

This is to Certify that I have this day served

   RACHEL SHANNON CARTWRIGHT
   630 BECKENHAM WALK DRIVE
   DACULA, GA 30019


   SAEDI LAW GROUP, LLC.
   SUITE 103
   3006 CLAIRMONT ROAD
   ATLANTA, GA 30329


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED: 09/09/2014

                                                  /S/
                                       Adam M. Goodman, Chapter 13 Trustee
                                       State Bar No. 300887
                                       STANDING CHAPTER 13 TRUSTEE
                                       260 PEACHTREE STREET
                                       SUITE 200
                                       ATLANTA, GA 30303
                                       (678)510-1444
                                       trustee@13trusteeatlanta.com

**UST Form 101-13-FR-S (9/1/2009)**